**Frances Mancuso, appellant, v. Edward Deimling and C. H. Auten, trading as C. H. Auten & Company, appellees.**

Action in replevin. Judgment for defendants. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925. Rehearing denied March 24, 1925. Petition for certiorari stricken from files.

Arthur Stahl, for appellant.   Hiles, Newell & Brown, for appellees.
Mr. Justice Boggs delivered the opinion of the court.